UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>HOMES.COM, INC.,<br><br>                                    Defendant. | Case No.: 20cv1086 JM(DEB)<br><br>**ORDER OF DISMISSAL** |

Per Plaintiff's Notice of Voluntary Dismissal (Doc. No. 33), Plaintiff's individual claims are **DISMISSED WITH PREJUDIDCE** and the claims of the putative class are **DISMISSED WITHOUT PREJUDICE**.  *See* Fed.R.Civ.P.41(a)(1)(i).  The Clerk of Court shall terminate this case.

  IT IS SO ORDERED.

 Dated: February 26, 2021

Jeffrey T. Miller,
United States District Judge